IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:13-CV-189-BR

| | |
|---|---|
| FLANDERS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMI FILTRATION PRODUCTS, LLC; EMI )<br>FILTRATION PRODUCTS HOLDING )<br>COMPANY, INC.; EMI FILTRATION )<br>PRODUCTS MANAGEMENT COMPANY, )<br>INC.; EMI FILTRATION PRODUCTS )<br>EQUIPMENT LEASING, INC.; EMI )<br>FILTRATION PRODUCTS-SLC, INC.; )<br>EMI FILTRATION PRODUCTS-KENT, )<br>INC.; DARREN M. FITCH; LAURIE A. )<br>FITCH; CODY FITCH; JORDAN FITCH; )<br>and INTEGRITY AIR FILTRATION, LLC, )<br>)<br>Defendants. ) | **ORDER** |

This case comes before the court on the consent motion (D.E. 49) filed by plaintiff for enlargement of the time for the parties to file a revised discovery plan pursuant to this court's 3 July 2014 Order (D.E. 48). Specifically, the motion seeks to extend the current 16 July 2014 deadline by 60 days. For good cause shown, the motion is ALLOWED. The parties shall file their discovery plan by 15 September 2014.

SO ORDERED, this the 10 day of July 2014.

James E. Gates
United States Magistrate Judge