UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:13-CV-00189-BR

| | | |
|---|---|---|
| FLANDERS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| EMI FILTRATION PRODUCTS LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for an order dismissing this action. (DE # 52.) The court has considered the motion, and finding good cause, the motion is hereby GRANTED, and this matter is dismissed with prejudice.

This 30 October 2014.

_____
W. Earl Britt
Senior U.S. District Judge