UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


| | | |
|---|---|---|
| Flanders Corporation, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| EMI Filtration Products, LLC, | ) | No. 4:13-CV-189-BR |
| EMI Filtration Products Holding Company, Inc., | ) | |
| EMI Filtration Products Management | ) | |
| Company, Inc., EMI Filtration Products | ) | |
| Equipment Leasing, Inc., EMI Filtration | ) | |
| Products-SLC, Inc., EMI Filtration | ) | |
| Products-Kent, Inc., Darren M. Fitch, | ) | |
| Laurie A. Fitch, Cody Fitch, Jordan Fitch, | ) | |
| Integrity Air Filtration, LLC | ) | |
| Defendants. | ) | |
| | ) | |


**Decision by Court.**  This action came before Senior United States District Judge W. Earl Britt.

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered February 7, 2014 and for the reasons set forth more specifically therein, that the motion to dismiss of defendants Cody Fitch, Jordan Fitch, and Integrity Air Filtration, LLC is ALLOWED. Those defendants and plaintiff's claim for tortious interference with contract are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered October 30, 2014, plaintiff's motion to dismiss pursuant to Rule 41 is GRANTED and this matter is dismissed with prejudice.


**This judgment filed and entered on October 30, 2014, and served on:**

E. Bradley Evans (Via CM/ECF Notice of Electronic Filing)
Paul A. Fanning (Via CM/ECF Notice of Electronic Filing)
Patrick M. Aul (Via CM/ECF Notice of Electronic Filing)
Walter Brock, Jr. (Via CM/ECF Notice of Electronic Filing)
EMI Filtration Products, LLC (Via US Mail at 11825 Savage Drive, Boise, ID 83713)
EMI Filtration Products Holding Company, Inc. (Via US Mail at 11825 Savage Drive, Boise, ID 83713)

EMI Filtration Products Management Company, Inc. (Via US Mail at 11825 Savage Drive, Boise, ID 83713)
EMI Filtration Products Equipment Leasing, Inc. (Via US Mail at 11825 Savage Drive, Boise, ID 83713)
EMI Filtration Products Equipment Leasing, Inc. (Via US Mail at 11825 Savage Drive, Boise, ID 83713)
EMI Filtration Products-SLC, Inc. (Via US Mail at 11825 Savage Drive, Boise, ID 83713)
EMI Filtration Products-Kent, Inc. (Via US Mail at 11825 Savage Drive, Boise, ID 83713)

October 30, 2014                                    /s/ Julie A. Richards,
                                                    Clerk of Court